UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

# CLERK'S MINUTES

| CASE NO.: | 8:24-cr-144-KKM-AEP | DATE: | July 3, 2024 |
|---|---|---|---|
| **HONORABLE ANTHONY E. PORCELLI** | | INTERPRETER: | n/a |
| UNITED STATES OF AMERICA<br><br>v.<br><br>JONATHAN THYNG | | LANGUAGE: | |
| | | **GOVERNMENT COUNSEL**<br>Dan Marcet AUSA | |
| | | **DEFENSE COUNSEL**<br>Bjorn Brunvand Esq. (CJA) | |
| COURT REPORTER: digital | | DEPUTY CLERK: | Lynne Vito |
| TIME: 12:08 to 12:58 | TOTAL: 50 MIN | PRETRIAL: | Fabiana Nicastri |
| | | COURTROOM: | 10A |

**PROCEEDINGS: INITIAL, BOND/DETENTION AND GUILTY PLEA PROCEEDING -**

Defendant provided w/copy of Information; <u>defendant appears on notice.</u>   Waiver of indictment executed.
Defendant advised of charges. Court summarized charges. Court advises defendant of Rule 5 rights.
Bjorn Brunvand Esq. appoint CJA for GJ target.  Court continues the appointment.

Bond:  Government - Been cooperating. Conditions as noted in pretrial report.

Defendant - ROR – no supervision.  Cannot locate passport. Surrender passport to counsel.

Court sets the following conditions:
Appear in court in accordance with all notices, reside at current residence and cannot move without prior court approval, travel restricted to the state of Florida, cannot commit another crime.

Report to pretrial as directed.  Surrender passport card to defense counsel and cannot apply for other travel documents to include a passport.
Mental health evaluation and treatment at the discretion of pretrial services.

ROR bond.

Notice of Essential Elements **/ Plea Agreement filed.** Defendant sworn.
Plea of guilty entered as to count one of the information.

Factual basis <u>ESTABLISHED</u> Adjudication of GUILT DEFERRED.
REFERRED TO PROBATION FOR PRE-SENTENCE INVESTIGATION
SENTENCING SCHEDULED FOR:  <u>To be determined.</u>

Due process order to be entered.

DEFENDANT MUST GO TO USMS FOR PROCESSING.